UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN HOFFMAN,<br><br>    Plaintiff,<br><br>v.<br><br>AMAR MURTHY,<br><br>    Defendant,<br><br>and<br><br>BLR GROUP OF AMERICA, INC.,<br><br>    Defendant/Counterplaintiff,<br><br>v.<br><br>JOHN HOFFMAN,<br><br>    Counterdefendant. | Case No. 08-cv-05-JPG |

## JUDGMENT

This matter having come before the Court, and the parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**JUSTINE FLANAGAN, Acting Clerk**

Dated: **August 13, 2009**        s/Brenda K. Lowe, Deputy Clerk


**Approved:**  s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**